**Joseph F. Fusco Service List**

Adler Cohen Harvey Wakeman & Guekguezian LLP
123 Dyer Street
Providence, RI   02903

Adler Pollock & Sheehan
One Citizens Plaza
Providence, RI  02903

Baluch Gianfrancesco, Mathieu & Agler
155 South Main Street
Providence, RI  02903

Bernstein Shur Sawyer & Nelson
100 Middle Street
Portland, ME   04101

Bonner, Kiernan, Treback & Crociata, LLP
200 Portland Street
Boston, MA  02114

Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA   02210

Cooley Manion Jones LLP
20 Custom House Street
Boston, MA  02110

Cullen & Dykman LLP
177 Montague Street
Brooklyn, NY 11201

Danahen, Lagnese & Neal, P.C.
21 Oak Street
Hartford, CT   06106

Eckert Seamans, Cherin & Mellot, LLC
Two International Place
Boston, MA   02110

Edwards, Angel, Palmer & Dodge
One Financial Plaza

Providence, RI   02903

Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin Street
Boston, MA   02110

Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Higgins, Cavanaugh & Cooney, LLP
The Hay Building
123 Dyer Street
Providence, RI   02903

Howd & Ludorf LLC
65 Wethersfield
Hartford, CT   06114

Gidley Sarli & Marusak
One Turks Hhead Place
Providence, RI   02903

Governo Law Firm LLC
260 Franklin Street
Boston, MA   02110

Keegan Werlin LLP
265 Franklin Street
Boston, MA 02110

Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI   02903

Melick, Porter & Shea, LLP
49 Weybosset Street
Providence, RI   02903

McCarter & English, LLP
185 Asylum Street
Hartford, CT   06103

McDermott Will & Emery LLP
340 Madison Avenue
New York, NY   10173

McGivney & Kluger, P.C.
One State Street
Boston, MA   02109

McKenna & McCormick
128 Dorrance Street
Providence, RI  02903

Morgan Lewis & Bockius
125 High Street
Boston, MA   02110

Morrison Mahoney LLP
250 Summer Street
Boston, MA   02210

Nermes, Netburn, O'Connor & Spearing, PC
265 Franklin Street
Boston, MA   02110

Nixon Peabody LLP
One Citizens Plaza
Providence, RI   02903

Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA   02114

Pond North LLP
51 Mill Street
Hanover, MA   02339

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street
Boston, MA  02114

Sloan & Walsh
127 Dorrance Street
Providence, RI   02903

Strauss Factor Laing & Lyons
222 Richmond Street
Providence, RI   02903

Sullivan, Signore, Whitehead & DeLuca
88 Weybosset Street
Providence, RI  02903

Updike, Kelly & Spellacy, PC
One State Street
Hartford, CT  06123

# Case Information

Show [1000 ▾] re

⬚ **Fusco, Joseph F et al**

| Case Number | Court Name | Division | Case Class | Case |
|---|---|---|---|---|
| 09-0736 | RI Superior Court Providence County E-Service | N/A | Civil-Asbestos | Asbest |
| File & Serve Live Date: 2/25/2009 | | | | |

🗃 **Case Parties**          Show [Active ▾] **Case Parties**

| | 1-292 of 292 Case Parties |
|---|---|

| ▲Party Name | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| 84 Lumber Co LP | Defendant | Marusak, James P | Attorney in Charge | James Marusak, Esquire<br>Gidley Sarli & Marusak<br>One Turks Head Place<br>Providence, RI  02903 |
| A O Smith Corp | Defendant | Baluch Esq, Dennis S | Attorney in Charge | Dennis S. Baluch, Esquire<br>Baluch Gianfrancesco, Mathieu & Agler<br>155 South Main Street<br>Providence, RI  02903 |
| A O Smith Corp | Defendant | Mathieu, Peter F | Attorney in Charge | Peter F. Mathieu, Esquire<br>Baluch Gianfrancesco & Mathieu<br>155 South Main Street<br>Providence, RI  02903 |
| A W Chesterton Co | Defendant | Gross, Brian D | Attorney in Charge | Cooley Manion Jones LLP<br>20 Custom House Street<br>Boston, MA  02110 |
| A W Chesterton Co | Defendant | Urbanski, Dos | Attorney in Charge | Theodorus D. Urbanski,<br>Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903 |

| | | | | |
|---|---|---|---|---|
| Ace Hardware Corp | Defendant | Mathieu, Peter F | Attorney in Charge | Peter F. Mathieu, Esquire Baluch Gianfrancesco & Mathieu 155 South Main Street Providence, RI 02903 |
| AII Acquisition LLC | Defendant | Denehy, Mark O | Attorney in Charge | Mark O. Denehy, Esquire Adler Pollock & Sheehan PC- Providence One Citizens Plaza Providence, RI 02903 |
| AII Acquisition LLC | Defendant | Oswald, James R | Attorney in Charge | James R. Oswald, Esquire Adler Pollock & Sheehan PC One Citizens Plaza Providence, RI 02903 |
| Alcoa Inc | Defendant | Rubin, Peter J | Attorney in Charge | Bernstein Shur Sawyer & Nelson 100 Middle Street Portland, ME 04101 |
| Alcoa Inc | Defendant | Denehy, Mark O | Attorney in Charge | Mark O. Denehy, Esquire Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI 02903 |
| Alcoa Inc | Defendant | Totten, R Bart | Attorney in Charge | Bart R. Totten, Esquire Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI 02903 |
| Alcoa Inc | Defendant | Oswald, James R | Attorney in Charge | James R. Oswald, Esquire Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI 02903nce |
| Alfa Laval Inc | Defendant | Neal, Kenneth R | Attorney in Charge | Danaher Lagnese & Sacco PC 21 Oak Street Hartford, CT 06106 |
| Alfa Laval Inc | Defendant | Henderson, Jason K | Attorney in Charge | Danaher Lagnese & Sacco PC 21 Oak Street Hartford, CT 06106 |
| Alfa Laval Inc | Defendant | Shepard, Patricia M | Attorney in Charge | Shepard, Patricia M |
| Alpha Laval Inc | Defendant | No Answer on File | N/A | Firm TBD |
| American Biltrite Inc | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA 02110 |

| American Biltrite Inc | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
|---|---|---|---|---|
| Aurora Pump Co | Defendant | Waksler, Craig R | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA   02109 |
| Aurora Pump Co | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA   02109 |
| Aventis Cropscience USA Inc | Defendant | No Answer on File | N/A | Firm TBD |
| Bayer Cropscience LP | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan PC One Citizens Plaza Providence, RI 02903 |
| Bayer Cropscience LP | Defendant | Oswald, James R | Attorney in Charge | Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI 02903 |
| Bell & Gossett Co Domestic Pump | Defendant | Urbanski, Dos | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Bird Inc | Defendant | Baluch Esq, Dennis S | Attorney in Charge | Baluch Gianfrancesco, Mathieu & Agler 155 South Main Street Providence, RI 02903 |
| Bird Inc | Defendant | Mathieu, Peter F | Attorney in Charge | Baluch Gianfrancesco, Mathieu & Agler 155 South Main Street Providence, RI 02903 |
| Bondex International Inc | Defendant | Murray, Andrew | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |
| Bondex International Inc | Defendant | Dighello Jr, Richard M | Attorney in | Updike Kelly & Spellacy PC One State Street |

|  |  |  | Charge | Hartford, CT   06123 |
|---|---|---|---|---|
| Borg Warner Morse Tech Inc | Defendant | Pierce, Joel F | Attorney in Charge | Pierce Davis & Perritano LLP-90 Canal Street Boston, MA  02114 |
| Borg Warner Morse Tech Inc | Defendant | Perritano, Judith A | Attorney in Charge | Pierce Davis & Perritano LLP Canal Street Boston, MA  02114 |
| Borg Warner Morse Tech Inc | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| Borg Warner Morse Tech Inc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA   02110 |
| Borg Warner Morse Tech Inc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP Canal Street Boston, MA  02114 |
| Briggs & Stratton Corp | Defendant | DeMaria Esq, Gerald C | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903 |
| Briggs & Stratton Corp | Defendant | Thomen, Jeffrey | Attorney in Charge | McCarter & English, LLP 185 Asylum Street Hartford, CT   06103 |
| Brockton Furnace & Duct Distributors Inc | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA  02210 |
| Bryant Heating & Cooling Systems Inc | Defendant | Ruggieri, James A | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903 |

| | | | | |
|---|---|---|---|---|
| Buffalo Pumps Inc | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Buffalo Pumps Inc | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Buffalo Pumps Inc | Defendant | Simons, Michael | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Burnham Llc | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Burnham Llc | Defendant | McCaffrey, Kevin Cullen | Attorney in Charge | Cullen & Dykman LLP 177 Montague Street Brooklyn, NY 11201 |
| C B S Corp | Defendant | Moccia, Anthony M | Attorney in Charge | Eckert Seamans, Cherin & Mellot, LLC Two International Place Boston, MA   02110 |
| C B S Corp | Defendant | Lyons, Thomas W | Attorney in Charge | Strauss Factor Laing & Lyons 222 Richmond Street Providence, RI   02903 |
| Cameron International Corp | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LL Canal Street Boston, MA 02114 |
| Cameron International Corp | Defendant | Bottaro, Laura J | Attorney in Charge | Little Medeiros Kinder Bulman & Whitney, PC 72 Pine Street Providence, RI   02903 |
| Carrier Corp | Defendant | Ruggieri, James A | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903 |
| Carrier Corp | Defendant | Todesco, | Attorney | Sloan & Walsh |

|  |  | Nicole | in Charge | 127 Dorrance Street Providence, RI   02903 |
|---|---|---|---|---|
| Certainteed Corp | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Certainteed Corp | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Chrysler LLC | Defendant | Mone, Charles K | Attorney in Charge | Campbell Campbell Edwards & Conroy PC One Constitution Plaza Boston, MA 02129 |
| Chrysler LLC | Defendant | Sbarra, Anthony J | Attorney in Charge | Campbell Campbell Edwards & Conroy PC One Constitution Plaza Boston, MA 02129 |
| Chrysler LLC | Defendant | Holt, Martha | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |
| Cleaver Brooks Co Inc | Defendant | Baluch Esq, Dennis S | Attorney in Charge | Baluch Gianfrancesco, Mathieu & Agler 155 South Main Street Providence, RI  02903 |
| Cleaver Brooks Co Inc | Defendant | Mathieu, Peter F | Attorney in Charge | Baluch Gianfrancesco, Mathieu & Agler 155 South Main Street Providence, RI   02903 |
| Clifton Associates Inc | Defendant | Pierce, Joel F | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114 |
| Clifton Associates Inc | Defendant | Perritano, Judith A | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114 |
| Clifton Associates Inc | Defendant | Ludlum Esq, | Attorney | Melick Porter & Shea LLP |

| | | Robert S | in Charge | 49 Weybosset Street Providence, RI 02903 |
|---|---|---|---|---|
| Clifton Associates Inc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA 02110 |
| Clifton Associates Inc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Coleman Heating & Air Conditioning | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Columbia Boiler Co | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA 02109 |
| Compudyne Corp | Defendant | Marcello, Michael J | Attorney in Charge | Morrison Mahoney LLP 10 Weybosset Street Providence, RI 02903 |
| Conwed Corp | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA 02110 |
| Conwed Corp | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA 02110 |
| Crane Co | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA 02110 |
| Crane Co | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA 02110 |
| Crown Cork & Seal Co Inc | Defendant | Chefitz, Michael | Attorney in Charge | Bonner, Kiernan, Treback & Crociata, LLP 200 Portland Street Boston, MA 02114 |
| D A P Products Inc | Defendant | No Answer | N/A | Firm TBD |

|  |  | on File |  |  |
|---|---|---|---|---|
| **Daimler Trucks North American LLC** | Defendant | Cooney, Stephen P | Attorney in Charge | **Higgins, Cavanaugh & Cooney, LLP**<br>**The Hay Building**<br>**123 Dyer Street**<br>**Providence, RI   02903** |
| Dal Tile Corp | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA   02210 |
| **Dal Tile Corp** | **Defendant** | **Armato, Stephen T** | **Attorney in Charge** | **Cetrulo & Capone, LLP**<br>**Two Seaport Lane**<br>**Boston, MA   02210** |
| Dana Corp | Defendant | Urbanski, Dos | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903 |
| **Dana Corp** | **Defendant** | **Cetrulo, Lawrence G** | **Attorney in Charge** | **Cetrulo & Capone, LLP**<br>**Two Seaport Lane**<br>**Boston, MA   02210** |
| Dana Corp | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA   02210 |
| **Dana Corp** | **Defendant** | **Ludlum Esq, Robert S** | **Attorney in Charge** | **Melick Porter & Shea LLP**<br>**49 Weybosset Street**<br>**Providence, RI  02903** |
| Dana Corp | Defendant | Banfield, Patrick D | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903 |
| **Dana Corp** | **Defendant** | **Pean, Cindy** | **Attorney in Charge** | **Melick Porter & Shea LLP**<br>**49 Weybosset Street**<br>**Providence, RI  02903** |
| Dana Corp | Defendant | Caletri, John A | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903 |

| | | | | |
|---|---|---|---|---|
| Defendants Liaison Counsel | Interested Party | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Defendants Liaison Counsel | Interested Party | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Detroit Diesel Corp | Defendant | Holt, Martha | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |
| Domco Products Texas LP | Defendant | Neal, Kenneth R | Attorney in Charge | Danahen, Lagnese & Neal, P.C. 21 Oak Street Hartford, CT   06106 |
| Domco Products Texas LP | Defendant | Henderson, Jason K | Attorney in Charge | Danahen, Lagnese & Neal, P.C. 21 Oak Street Hartford, CT   06106 PC |
| Domco Products Texas LP | Defendant | Shepard, Patricia M | Attorney in Charge | Shepard, Patricia M |
| Dow Chemical Co | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI  02903 |
| Dow Chemical Co | Defendant | Totten, R Bart | Attorney in Charge | Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI  02903 |
| Dow Chemical Co | Defendant | Oswald, James R | Attorney in Charge | Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI  02903 |
| Eckel Industries Inc | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Eckel Industries Inc | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Elliott Turbomachinery Co Inc | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |

| Elliott Turbomachinery Co Inc | Defendant | Totten, R Bart | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI 02903 |
|---|---|---|---|---|
| Elliott Turbomachinery Co Inc | Defendant | Oswald, James R | Attorney in Charge | Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI 02903 |
| F W Webb Co | Defendant | Hunt, Christopher | Attorney in Charge | Prince, Lobel, Glovsky & Tye, LLP 100 Cambridge Street Boston, MA 02114 |
| F W Webb Co | Defendant | Thomen, Jeffrey | Attorney in Charge | McCarter & English, LLP 185 Asylum Street Hartford, CT 06103 |
| Fairbanks Morse Engine Co | Defendant | Waksler, Craig R | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA 02109 |
| Fairbanks Morse Engine Co | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA 02109 |
| Fairbanks Morse Pump Corp | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA 02109 |
| Falk Corp | Defendant | Urbanski, Dos | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Falk Corp | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Falk Corp | Defendant | Banfield, Patrick D | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Falk Corp | Defendant | Pean, Cindy | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |

| Falk Corp | Defendant | McKenna, James J | Attorney in Charge | McKenna & McCormick 128 Dorrance Street Providence, RI  02903 |
|---|---|---|---|---|
| Falk Corp | Defendant | Caletri, John A | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| Flowserve Corp | Defendant | Gross, Brian D | Attorney in Charge | Cooley Manion Jones LLP 20 Custom House Street Boston, MA  02110-Boston |
| Flowserve Corp | Defendant | Kirby, Richard | Attorney in Charge | Keegan Werlin LLP 265 Franklin Street Boston, MA 02110 |
| Flowserve Corp | Defendant | Zabbo Esq, Timothy M | Attorney in Charge | Adler Cohen Harvey Wakeman & Guekguezian LLP 123 Dyer Street Providence, RI  02903 |
| Ford Motor Co | Defendant | Mone, Charles K | Attorney in Charge | Campbell Campbell Edwards & Conroy PC One Constitution Plaza Boston, MA  02129 |
| Foster Wheeler LLC | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |
| Foster Wheeler LLC | Defendant | Oswald, James R | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |
| Freightliner LLC | Defendant | DeMaria Esq, Gerald C | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903 |
| Gardner Denver Inc | Defendant | Pierce, Joel F | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114 |
| Gardner Denver Inc | Defendant | Perritano, Judith A | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114 |
| Gardner Denver Inc | Defendant | Cetrulo, | Attorney | Cetrulo & Capone, LLP |

| | | Lawrence G | in Charge | Two Seaport Lane Boston, MA   02210 |
|---|---|---|---|---|
| Gardner Denver Inc | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Gardner Denver Inc | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Gardner Denver Inc | Defendant | Oldmixon Esq, Beth A | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Gardner Denver Inc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA   02110 |
| Gardner Denver Inc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Garlock Sealing Technologies Inc | Defendant | Waksler, Craig R | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA   02109 |
| Garlock Sealing Technologies Inc | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA   02109 |
| General Electric Co | Defendant | Chefitz, Michael | Attorney in Charge | Bonner, Kiernan, Treback & Crociata, LLP 200 Portland Street Boston, MA 02114 |
| General Electric Co | Defendant | Thomen, Jeffrey | Attorney in Charge | McCarter & English, LLP 185 Asylum Street Hartford, CT   06103 |
| General Motors Corp | Defendant | Mone, | Attorney | Campbell Campbell Edwards & |

| | | Charles K | in Charge | Conroy PC One Constitution Plaza Boston, MA  02129 |
|---|---|---|---|---|
| General Motors Corp | Defendant | Sbarra, Anthony J | Attorney in Charge | Campbell Campbell Edwards & Conroy PC One Constitution Plaza Boston, MA  02129 |
| Genuine Parts Co Inc | Defendant | Grabarz, Kimberly A | Attorney in Charge | Pond North LLP 51 Mill Street Hanover, MA   02339 |
| Genuine Parts Co Inc | Defendant | Salvatore Esq, David A | Attorney in Charge | Salvatore, David A Esq |
| Georgia Pacific LLC | Defendant | Gross, Brian D | Attorney in Charge | Cooley Manion Jones LLP 20 Custom House Street Boston, MA  02110 |
| Goodyear Tire & Rubber Co | Defendant | Gross, Brian D | Attorney in Charge | Cooley Manion Jones LLP 20 Custom House Street Boston, MA  02110 |
| Goulds Pumps Inc | Defendant | Fanning, John | Attorney in Charge | Cullen & Dykman LLP 177 Montague Street Brooklyn, NY 11201 |
| Goulds Pumps Inc | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Goulds Pumps Inc | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| H B Fuller Corp | Defendant | Sullivan, Paul | Attorney in Charge | Sullivan, Signore, Whitehead & DeLuca 88 Weybosset Street Providence, RI 02903 |
| H B Fuller Corp | Defendant | Mahoney, Danielle Jenkins | Attorney in Charge | Morrison Mahoney LLP 10 Weybosset Street Providence, RI  02903 |
| H B Smith Company | Defendant | Baluch Esq, Dennis S | Attorney in Charge | Baluch Gianfrancesco, Mathieu & Agler |

|  |  |  |  | 155 South Main Street<br>Providence, RI  02903 |
|---|---|---|---|---|
| H B Smith Company | Defendant | Mathieu, Peter F | Attorney in Charge | Baluch Gianfrancesco, Mathieu & Agler<br>155 South Main Street<br>Providence, RI  02903 |
| Henry Co | Defendant | Waksler, Craig R | Attorney in Charge | McGivney & Kluger PC<br>One State Street<br>Boston, MA  02109 |
| Henry Co | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC<br>260 Franklin Street<br>Boston, MA  02110 |
| Henry Co | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC<br>260 Franklin Street<br>Boston, MA  02110 |
| Henry Co | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC<br>One State Street<br>Boston, MA  02109 |
| Homasote Co | Defendant | Ruggieri, James A | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP<br>The Hay Building<br>123 Dyer Street<br>Providence, RI  02903 |
| Homasote Co | Defendant | Todesco, Nicole | Attorney in Charge | Sloan & Walsh<br>127 Dorrance Street<br>Providence, RI  02903 |
| Honeywell International Inc | Defendant | Henderson, Jason K | Attorney in Charge | Danahen, Lagnese & Neal, P.C.<br>21 Oak Street<br>Hartford, CT   06106<br>PC |
| Honeywell International Inc | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA  02210 |
| Honeywell International | Defendant | Armato, | Attorney | Cetrulo & Capone, LLP |

| Inc | | Stephen T | in Charge | Two Seaport Lane Boston, MA   02210 |
|---|---|---|---|---|
| Hopeman Brothers Inc | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI 02903 |
| Hopeman Brothers Inc | Defendant | Totten, R Bart | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI 02903 |
| Hopeman Brothers Inc | Defendant | Oswald, James R | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI 02903 |
| I K O Industries Inc | Defendant | No Answer on File | N/A | Firm TBD |
| Imo Industries Inc | Defendant | Pierce, Joel F | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Imo Industries Inc | Defendant | Perritano, Judith A | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Imo Industries Inc | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Imo Industries Inc | Defendant | Oldmixon Esq, Beth A | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Imo Industries Inc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA   02110 |
| Imo Industries Inc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| Ingersoll Rand Corp | Defendant | Gross, Brian D | Attorney in Charge | Cooley Manion Jones LLP 20 Custom House Street Boston, MA 02110 |

| | | | | |
|---|---|---|---|---|
| Ingersoll Rand Corp | Defendant | Kirby, Richard | Attorney in Charge | Keegan Werlin LLP 265 Franklin Street Boston, MA 02110 |
| Ingersoll Rand Corp | Defendant | Guekguezian, A Bernard | Attorney in Charge | Adler Cohen Harvey Wakeman & Guekguezian LLP 123 Dyer Street Providence, RI   02903 |
| Ingersoll Rand Corp | Defendant | Lynch, Francis M | Attorney in Charge | Keegan Werlin LLP 265 Franklin Street Boston, MA 02110 |
| Ingersoll Rand Corp | Defendant | Zabbo Esq, Timothy M | Attorney in Charge | Adler Cohen Harvey Wakeman & Guekguezian LLP 123 Dyer Street Providence, RI   02903 |
| Ingersoll Rand Corp | Defendant | Newbury Jr Esq, Philip T | Attorney in Charge | Howd & Ludorf LLC 65 Wethersfield Hartford, CT   06114 |
| International Paper Co Inc | Defendant | Ruggieri, James A | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903 |
| International Paper Co Inc | Defendant | Holt, Martha | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |
| J H France Refractories Inc | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan, PC One Citizens Plaza Providence, RI 02903 |
| J H France Refractories Inc | Defendant | Totten, R Bart | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI 02903 |
| J H France Refractories Inc | Defendant | Oswald, James R | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI 02903 |
| Johnson Controls Inc | Defendant | Pierce, Joel F | Attorney in | Pierce Davis & Perritano LLP\ Canal Street |

| | | | Charge | Boston, MA  02114 |
|---|---|---|---|---|
| Johnson Controls Inc | Defendant | Perritano, Judith A | **Attorney in Charge** | **Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114** |
| Johnson Controls Inc | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| Johnson Controls Inc | Defendant | Oldmixon Esq, Beth A | **Attorney in Charge** | **Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114** |
| Johnson Controls Inc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA   02110 |
| Johnson Controls Inc | Defendant | Brenner, Jeffrey S | **Attorney in Charge** | **Nixon Peabody LLP One Citizens Plaza Providence, RI   02903** |
| Johnson Controls Inc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114 |
| Kaiser Gypsum Co Inc | Defendant | Kirby, Richard | **Attorney in Charge** | **Keegan Werlin LLP 265 Franklin Street Boston, MA 02110** |
| Kentile Floors Inc | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Kentile Floors Inc | Defendant | Ruggieri, James A | **Attorney in Charge** | **Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903** |
| Lennox Industries Inc | Defendant | Mahoney, Danielle | Attorney in | Morrison Mahoney LLP 250 Summer Street |

| | | Jenkins | Charge | Boston, MA   02210 |
|---|---|---|---|---|
| Leslie Controls Inc | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |
| Leslie Controls Inc | Defendant | Totten, R Bart | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |
| Leslie Controls Inc | Defendant | Oswald, James R | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |
| Lynxx International Inc | Defendant | No Answer on File | N/A | Firm TBD |
| Makin, Janice | Plaintiff | Deaton, John | Attorney in Charge | Deaton Law Firm One Richmond Square Providence, RI   02906 |
| Melrath Gasket Co Inc | Defendant | No Answer on File | N/A | Firm TBD |
| Mesket Inc | Defendant | Thomen, Jeffrey | Attorney in Charge | McCarter & English, LLP 185 Asylum Street Hartford, CT   06103 |
| Metropolitan Life Insurance Co | Defendant | Kolb, Staci L | Attorney in Charge | Blish & Cavanagh LLP 30 Exchange Terrace Providence, RI  02903 |
| Metropolitan Life Insurance Co | Defendant | Dunn, Mary | Attorney in Charge | Blish & Cavanagh LLP 30 Exchange Terrace Providence, RI  02903 |
| Midco International | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Midco International | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Nash Engineering Co Inc | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Nash Engineering Co Inc | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |

| | | | | |
|---|---|---|---|---|
| Nash Engineering Co Inc | Defendant | Zabbo Esq, Timothy M | Attorney in Charge | Adler Cohen Harvey Wakeman & Guekguezian LLP<br>123 Dyer Street<br>Providence, RI   02903 |
| National Automotive Parts Association | Defendant | Grabarz, Kimberly A | Attorney in Charge | Pond North LLP<br>51 Mill Street<br>Hanover, MA   02339 |
| National Automotive Parts Association | Defendant | Salvatore Esq, David A | Attorney in Charge | Salvatore, David A Esq |
| New England Insulation Co | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA   02210 |
| New England Insulation Co | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA   02210 |
| P I C Contractors Inc | Defendant | Sullivan, Paul | Attorney in Charge | Sullivan Signore Whitehead & DeLuca<br>86 Weybosset Street<br>Providence, RI   02903 |
| P I C Contractors Inc | Defendant | Mahoney, Danielle Jenkins | Attorney in Charge | Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA   02210 |
| Packings & Insulation Co | Defendant | Sullivan, Paul | Attorney in Charge | Sullivan Signore Whitehead & DeLuca<br>86 Weybosset Street<br>Providence, RI   02903 |
| Packings & Insulation Co | Defendant | Mahoney, Danielle Jenkins | Attorney in Charge | Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA   02210 |
| Pecora Corp | Defendant | Kirby, Richard | Attorney in Charge | Keegan Werlin LLP<br>265 Franklin Street<br>Boston, MA 02110 |
| Pecora Corp | Defendant | Lynch, Francis M | Attorney in | Keegan Werlin LLP<br>265 Franklin Street |

| | | | Charge | Boston, MA 02110 |
|---|---|---|---|---|
| Peerless Industries Inc | Defendant | McKenna, James J | Attorney in Charge | McKenna & McCormick<br>128 Dorrance Street<br>Providence, RI  02903 |
| Pneumo Abex Llc | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA   02210 |
| Pneumo Abex Llc | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA   02210 |
| R P M International Inc | Defendant | Dighello Jr, Richard M | Attorney in Charge | Updike, Kelly & Spellacy, PC<br>One State Street<br>Hartford, CT   06123 |
| R W Beckett Corp | Defendant | Stillman, David H | Attorney in Charge | Stillman & Associates PC<br>51 Mill Street<br>Hanover, MA   02339 |
| Red Devil Inc | Defendant | Waksler, Craig R | Attorney in Charge | McGivney & Kluger PC<br>One State Street<br>Boston, MA   02109 |
| Red Devil Inc | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC<br>One State Street<br>Boston, MA   02109 |
| Rheem Manufacturing Co Inc | Defendant | Urbanski, Dos | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI 02903 |
| Rheem Manufacturing Co Inc | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI 02903 |
| Rheem Manufacturing Co Inc | Defendant | Banfield, Patrick D | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903 |
| Rheem Manufacturing | Defendant | Pean, Cindy | Attorney | Melick Porter & Shea LLP |

| | | | in Charge | 49 Weybosset Street Providence, RI 02903 |
|---|---|---|---|---|
| Co Inc | | | in Charge | 49 Weybosset Street Providence, RI 02903 |
| Rheem Manufacturing Co Inc | Defendant | McKenna, James J | Attorney in Charge | McKenna & McCormick 128 Dorrance Street Providence, RI 02903 |
| Rheem Manufacturing Co Inc | Defendant | Caletri, John A | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Rhode Island Superior Court Providence County | Interested Party | Gibney, Alice | Attorney in Charge | Rhode Island Superior Court Providence County |
| Riley Stoker Corp | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Riley Stoker Corp | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Robert A Keasbey Co | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Robert A Keasbey Co | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| S O S Products Co Inc | Defendant | Pierce, Joel F | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| S O S Products Co Inc | Defendant | Perritano, Judith A | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA 02114 |
| S O S Products Co Inc | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |

| | | | | |
|---|---|---|---|---|
| S O S Products Co Inc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA  02110 |
| S O S Products Co Inc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\ Canal Street Boston, MA  02114 |
| Sears Roebuck & Co | Defendant | Grabarz, Kimberly A | Attorney in Charge | Pond North LLP 51 Mill Street Hanover, MA   02339 |
| Sears Roebuck & Co | Defendant | Salvatore Esq, David A | Attorney in Charge | Salvatore, David A Esq |
| Selby Battersby & Co | Defendant | Kirby, Richard | Attorney in Charge | Keegan Werlin LLP 265 Franklin Street Boston, MA 02110 |
| Selby Battersby & Co | Defendant | Jackson, Susan Ann | Attorney in Charge | Keegan Werlin LLP 265 Franklin Street Boston, MA 02110 |
| Selkirk Corp | Defendant | Cetrulo, Lawrence G | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Selkirk Corp | Defendant | Armato, Stephen T | Attorney in Charge | Cetrulo & Capone, LLP Two Seaport Lane Boston, MA   02210 |
| Sterling Fluid Systems USA LLC | Defendant | Murray, Andrew | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |
| Sterling Fluid Systems USA LLC | Defendant | Dwyer, Paul | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |
| Sterling Truck Corp | Defendant | DeMaria Esq, Gerald C | Attorney in | Higgins Cavanagh & Cooney |

| | | | Charge | |
|---|---|---|---|---|
| Taco Inc | Defendant | Waksler, Craig R | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA   02109 |
| Taco Inc | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC One State Street Boston, MA   02109 |
| Taco Inc | Defendant | Colby Longton, Nicole | Attorney in Charge | McDermott Will & Emery LLP 340 Madison Avenue New York, NY   10173 |
| Taco Inc | Defendant | Lyons, Thomas W | Attorney in Charge | Strauss Factor Laing & Lyons 222 Richmond Street Providence, RI   02903 |
| Tamms Industries Inc | Defendant | Pierce, Joel F | Attorney in Charge | Pierce, Davis & Perritano, LLP 90 Canal Street Boston, MA 02114 |
| Tamms Industries Inc | Defendant | Perritano, Judith A | Attorney in Charge | Pierce, Davis & Perritano, LLP 90 Canal Street Boston, MA 02114 |
| Tamms Industries Inc | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Tamms Industries Inc | Defendant | Banfield, Patrick D | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI 02903 |
| Tamms Industries Inc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA   02110 |
| Tamms Industries Inc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP 90 Canal Street Boston, MA 02114 |
| Tarkett Inc | Defendant | Edwards Esq, Mitchell R | Attorney in | Hinckley Allen & Snyder LLP 1500 Fleet Center |

| | | | Charge | Providence, RI 02903 |
|---|---|---|---|---|
| Tarkett North America Inc | Defendant | No Answer on File | N/A | Firm TBD |
| Technical Adhesive Ltd | Defendant | Edwards Esq, Mitchell R | Attorney in Charge | Hinckley Allen & Snyder LLP 1500 Fleet Center Providence, RI 02903 |
| Tile Perfect | Defendant | Marcello, Michael J | Attorney in Charge | Morrison Mahoney LLP 250 Summer Street Boston, MA   02210 |
| Trane US Inc | Defendant | Zabbo Esq, Timothy M | Attorney in Charge | Adler Cohen Harvey Wakeman & Guekguezian LLP 123 Dyer Street Providence, RI   02903 |
| Tremco Inc | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Tremco Inc | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| Tyco Fire Products LP | Defendant | Holbrook, Todd S | Attorney in Charge | Morgan Lewis & Bockius 125 High Street Boston, MA   02110 |
| Tyco International Management Co | Defendant | No Answer on File | N/A | Firm TBD |
| Tyco Valves & Controls LP | Defendant | Holbrook, Todd S | Attorney in Charge | Morgan Lewis & Bockius 125 High Street Boston, MA   02110ton |
| U S Plywood Corp | Defendant | Ruggieri, James A | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903 |
| Union Carbide Corp | Defendant | Denehy, Mark O | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |
| Union Carbide Corp | Defendant | Totten, R Bart | Attorney in Charge | Adler Pollock & Sheehan PC- One Citizens Plaza Providence, RI  02903 |
| Union Carbide Corp | Defendant | Oswald, | Attorney | Adler Pollock & Sheehan PC- One |

| | | James R | in Charge | Citizens Plaza Providence, RI  02903 |
|---|---|---|---|---|
| United Gilsonite Laboratories Inc | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| United Gilsonite Laboratories Inc | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC 260 Franklin Street Boston, MA   02110 |
| United Technologies Corp | Defendant | Urbanski, Dos | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| United Technologies Corp | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| United Technologies Corp | Defendant | Ruggieri, James A | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP The Hay Building 123 Dyer Street Providence, RI   02903 |
| United Technologies Corp | Defendant | Banfield, Patrick D | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| United Technologies Corp | Defendant | Pean, Cindy | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| United Technologies Corp | Defendant | Caletri, John A | Attorney in Charge | Melick Porter & Shea LLP 49 Weybosset Street Providence, RI  02903 |
| Utica Boilers Inc | Defendant | Murray, Andrew | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |
| Utica Boilers Inc | Defendant | Dwyer, Paul | Attorney in Charge | Edwards Angell Palmer & Dodge LLP One Financial Plaza Providence, RI   02903 |

| | | | | |
|---|---|---|---|---|
| W W Henry Co | Defendant | Waksler, Craig R | Attorney in Charge | McGivney & Kluger PC<br>One State Street<br>Boston, MA   02109 |
| W W Henry Co | Defendant | Goldman, David A | Attorney in Charge | Governo Law Firm LLC<br>260 Franklin Street<br>Boston, MA   02110 |
| W W Henry Co | Defendant | Governo, David M | Attorney in Charge | Governo Law Firm LLC<br>260 Franklin Street<br>Boston, MA   02110 |
| W W Henry Co | Defendant | Whelan, Jennifer A | Attorney in Charge | McGivney & Kluger PC<br>One State Street<br>Boston, MA   02109 |
| Waldo Brothers Co | Defendant | No Answer on File | N/A | Firm TBD |
| Warren Pumps Llc | Defendant | Oldmixon Esq, Beth A | Attorney in Charge | Pierce Davis & Perritano LLP\<br>90 Canal Street<br>Boston, MA  02114 |
| Warren Pumps Llc | Defendant | Combies, Adam J | Attorney in Charge | Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin Street<br>Boston, MA   02110 |
| Warren Pumps Llc | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\<br>90 Canal Street<br>Boston, MA  02114 |
| Weil McLain | Defendant | Pierce, Joel F | Attorney in Charge | Pierce Davis & Perritano LLP\<br>90 Canal Street<br>Boston, MA  02114 |
| Weil McLain | Defendant | Perritano, Judith A | Attorney in Charge | Pierce Davis & Perritano LLP\<br>90 Canal Street<br>Boston, MA  02114 |
| Weil McLain | Defendant | Ludlum Esq, Robert S | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903 |
| Weil McLain | Defendant | Oldmixon | Attorney | Pierce Davis & Perritano LLP\ |

| | | Esq, Beth A | in Charge | 90 Canal Street<br>Boston, MA  02114 |
|---|---|---|---|---|
| Weil McLain | Defendant | Combies, Adam J | **Attorney in Charge** | **Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin Street<br>Boston, MA   02110** |
| Weil McLain | Defendant | Costa, Kenneth | Attorney in Charge | Pierce Davis & Perritano LLP\<br>90 Canal Street<br>Boston, MA  02114 |
| Wel Cote | **Defendant** | No Answer on File | N/A | **Firm TBD** |
| Welco Manufacturing Co | Defendant | Kirby, Richard | Attorney in Charge | Keegan Werlin LLP<br>265 Franklin Street<br>Boston, MA 02110 |
| Weyerhauser Co | **Defendant** | Simpson, Kimberly A | **Attorney in Charge** | **Vetter & White<br>20 Washington Street<br>Providence, RI   02903** |
| Whirlpool Corp | Defendant | Urbanski, Dos | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI 02903 |
| Whirlpool Corp | **Defendant** | Ludlum Esq, Robert S | **Attorney in Charge** | **Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903** |
| Whirlpool Corp | Defendant | Banfield, Patrick D | Attorney in Charge | Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903 |
| Whirlpool Corp | **Defendant** | Pean, Cindy | **Attorney in Charge** | **Melick Porter & Shea LLP<br>49 Weybosset Street<br>Providence, RI  02903** |
| Whirlpool Corp | Defendant | McKenna, James J | Attorney in Charge | McKenna & McCormick<br>128 Dorrance Street<br>Providence, RI  02903 |
| Whirlpool Corp | **Defendant** | Caletri, John | Attorney | Melick Porter & Shea LLP |

|  |  | A | in Charge | 49 Weybosset Street<br>Providence, RI  02903 |
| --- | --- | --- | --- | --- |
| Yarway Corp | Defendant | Holbrook, Todd S | Attorney in Charge | Morgan Lewis & Bockius<br>125 High Street<br>Boston, MA   02110 |
| Yarway Corp | Defendant | Ruggieri, James A | Attorney in Charge | Higgins, Cavanaugh & Cooney, LLP<br>The Hay Building<br>123 Dyer Street<br>Providence, RI   02903 |
|  |  |  |  | 1-292 of 292 Case Parties |

 LexisNexis

About LexisNexis   Terms & Conditions   Privacy   Customer Support - 1-888-529-7587
Copyright © 2009 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.